JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| LOUIS BARRON,                                      ) | Case No. CV 10-1075-MLG |
|                              ) | |
|                    Plaintiff,          ) | JUDGMENT |
|                              ) | |
|      v.                             ) | |
|                              ) | |
| MICHAEL J. ASTRUE,                   ) | |
| Commissioner of the                  ) | |
| Social Security Administration,     ) | |
|                              ) | |
|                    Defendant.          ) | |
| _____) | |

     **IT IS ADJUDGED** that this action is remanded to Defendant for further proceedings pursuant to Sentence Four of 42 U.S.C. § 405(g) and consistent with the accompanying Memorandum Opinion and Order.


DATED: January 26, 2011

_____
MARC L. GOLDMAN
United States Magistrate Judge